# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-427V

DONI CORCORAN,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: October 15, 2025

*Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioner.*

*Parisa Tabassian, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On January 8, 2021, Doni Corcoran filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"), alleging that she suffered a Table injury – shoulder injury related to vaccine administration ("SIRVA") - as the result of a Tetanus, Diphtheria, and acellular Pertussis ("Tdap") vaccine received on May 18, 2019. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 23, 2025, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On October 15, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $15,000.00 in pain and suffering. Proffer at 2.[3] In the Proffer, Respondent represented that Petitioner

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

[3] Respondent states in the Proffer that he reserves his right to seek review of my September 23, 2025 Ruling on Entitlement. Proffer at 2, n. 1.

agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $15,000.00 (representing pain and suffering), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[4]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

DONI CORCORAN,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

No. 21-427V
Chief Special Master Corcoran
ECF

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On January 8, 2021, Doni Corcoran ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§ 300aa-1 *et seq.* ("Vaccine Act"). On September 23, 2021, petitioner filed an amended petition for compensation. ECF No. 12. She alleges that a tetanus-diphtheria-acellular pertussis ("Tdap") vaccination administered in her left arm on May 18, 2019, caused a shoulder injury related to vaccine administration ("SIRVA"), a Table injury, or, in the alternative, that she suffered a shoulder injury that was caused-in-fact by the Tdap vaccine. Petition at 2; Amended Petition at 1. On May 25, 2023, the Secretary of Health and Human Services ("respondent") filed a combined Rule 4(c) Report and Motion to Dismiss. ECF No. 26.

On September 6, 2023, petitioner filed a Motion for a Ruling on the Record on Entitlement and Joint Response to Respondent's Rule 4(c) Report and Motion to Dismiss, arguing that she was entitled to compensation under the Vaccine Act. ECF No. 28. Respondent filed a Response to Petitioner's Motion for a Ruling on the Record on October 4, 2023. ECF No. 29. On October 11, 2023, petitioner filed a Reply. ECF No. 30.

1

An expedited entitlement hearing was held almost two years later, on September 5, 2025. On September 23, 2025, the Court issued a Ruling on Entitlement finding that petitioner is entitled to compensation. ECF No. 33. Respondent now files this proffer regarding the amount of damages to be awarded.[1]

## I.  Compensation

Respondent proffers that petitioner should be awarded $15,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II.  Form of the Award

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[2]: a lump sum payment of $15,000.00 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Doni Corcoran.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

---

[1] Respondent has no objection to the amount of the proffered award of damages set forth herein. Assuming the Chief Special Master issues a damages decision in conformity with this proffer, respondent waives his right to seek review of such damages decision. However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Special Master's September 23, 2025, entitlement decision.

[2] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future, unreimbursed expenses, future lost earnings, and future pain and suffering.

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

*s/ PARISA TABASSIAN*
PARISA TABASSIAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 305-4035
Parisa.Tabassian@usdoj.gov

Dated: October 15, 2025